## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Harleysville Preferred Insurance Company
                                                  Plaintiff,

v.                                                                                   Case No.: 1:23−cv−01040

                                                                                     Honorable Harry D. Leinenweber

Oxford 127 Huron Hotel Venture Property Company DBA, et al.

                                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 26, 2024:

      MINUTE entry before the Honorable Harry D. Leinenweber: A STIPULATION OF DISMISSAL WITH PREJUDICE having been filed, this case is hereby closed. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.